FILED
2019 Oct-31  PM 03:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

JET/KMP November 2019
GJ#19

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. |
| | ) |
| PRENTISS HOUSEWORTH | ) |
| | ) |

## INDICTMENT

**COUNT ONE:** **[18 U.S.C. § 922(g)(1)]**

The Grand Jury charges that:

On or about the 22nd day of May, 2019, in Jefferson County, within the Northern District of Alabama, the defendant,

**PRENTISS HOUSEWORTH,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Taurus 9mm pistol, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1). **HOUSEWORTH** was convicted on September 20, 2012, in the Circuit Court of Davidson County, Tennessee, of the offense of Trafficking for Sexual Servitude (two counts), in case number 2011-D-

3409, the said offense being a crime punishable by imprisonment for a term exceeding one year.

**COUNT TWO:  [18 U.S.C. § 922(o)]**

The Grand Jury charges that:

On or about the 22nd day of May, 2019, in Jefferson County, within the Northern District of Alabama, the defendant,

**PRENTISS HOUSEWORTH,**

did knowingly possess a machinegun, that is, a Sten MK II 9 x 19mm firearm which is fully automatic, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**NOTICE OF FORFEITURE**
**[18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]**

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense charged in Counts One and Two of this Indictment, in violation of 18 U.S.C. § 922(g) and 18 U.S.C. § 922(o), the defendant, **PRENTISS HOUSEWORTH**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms,

ammunition, magazines, and not limited to, a Taurus 9mm pistol, bearing serial number TKR49846, and a Sten MK II 9 x 19mm firearm, bearing serial number 87789.

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                      JAY E. TOWN
                                      United States Attorney

                                      */s/ Electronic Signature*
                                      KRISTY M. PEOPLES
                                      Assistant United States Attorney